

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2015

No. 04-14-00358-CV

Juanita **SPRUTE**, M.D. and Jefferson Family Practice Associates,
Appellants

v.

Arnold L. **LEVEY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02406
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellee's motion is hereby GRANTED IN PART. Appellee's motion for rehearing and motion for en banc reconsideration must be filed on or before September 8, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court